JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| S.L., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. EDCV 18-2122 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Defendants' motion for summary judgment. Plaintiffs' Rehab Act, ADA retaliation, and Unruh Civil Rights Act claims are DISMISSED WITH PREJUDICE and Plaintiffs' breach of contract claim is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close the case.

Judgement is entered in favor of Defendants.

Dated: March 5, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge